IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| TIMOTHY L. HALL, #1275128 | § |
| | § |
| V. | §   CIVIL ACTION NO. G-06-267 |
| | § |
| NATHANIEL QUARTERMAN, Director | § |
| Department of Criminal Justice, | § |
| Correctional Institutions Division | § |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 1st day of November, 2006.

_____
Samuel B. Kent
United States District Judge